Timothy E. Warriner (SB#166128)
Attorney at Law
455 Capitol Mall, Suite 802
Sacramento, CA 95814
(916) 443-7141

Attorney for Defendant,
James Phillip Strong

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  vs.<br><br>JAMES PHILLIP STRONG,<br><br>        Defendant. | Case No. 2:00-cr-0456<br><br>[PROPOSED] ORDER EXONERATING BOND AND RECONVEYING SECURITY INTEREST |

GOOD CAUSE APPEARING, the secured bond is hereby exonerated. The Clerk of the Court is directed forthwith to reconvey the security interest, to wit, the deed of trust. Pursuant to defense counsel's request, the reconveyance is to be sent to Mr. Strong's new address: 3015 Pleasant Valley Ct., Prescott, AZ 86305. A copy of said reconveyance is to be sent to counsel at his address of record.

DATED: October 18, 2022

_____
UNITED STATES MAGISTRATE JUDGE
JEREMY D. PETERSON

1